Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St.
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHY OVERLUND | 6:15-CV-01670-SI |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $6,808.00 for attorney fees and $400.00 in costs to Plaintiff to be mailed to Plaintiff's attorney at 208 Pine St. Floyd, VA 24091.

It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program the fees will be made payable to Plaintiff's attorney, Alan Graf. If Plaintiff owes a debt that is subject to offset, any fees remaining after offset shall be made payable to Plaintiff but mailed to Plaintiff's attorney

It is so ORDERED

Dated this  26th  day of 2017

/s/ Michael H. Simon
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES